WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
tim@wilbornlaw.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 926-9133
  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**KARI KAUFFMAN,**                                          Case No. 1:12-cv-00712-AC

        Plaintiff,

vs.                                                              ORDER

**COMMISSIONER of Social Security,**

        Defendant.

_____

        A supplemental award of attorney fees in the amount of $5,510.12 is hereby granted to

Plaintiff, pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412.  The check shall be sent

to Tim Wilborn's address, above.  In accordance with the fee assignment which Plaintiff has signed,

payment shall be made in Tim Wilborn's name if no debt subject to offset exists.

        DATED this 8th day of May, 2018.

                                        _____
                                        United States District Court or Magistrate Judge

Submitted by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1